UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,        :   Case No. 12-CR-00439 (JG)
                                      :
                                      :  ECF Case
                                      :
             -against-                    :  **NOTICE OF APPEARANCE**
                                      :
ROLAND KAUFMANN and               :
JEAN-PIERRE NEUHAUS,             :
                                      :
           *Defendants.*                  :
                                      :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Defendant Roland Kaufmann.  I certify that I am admitted to practice in this Court.


Dated: New York, New York
       July 27, 2012


                                     By:    s/ Eric J. Snyder
                                                  Eric J. Snyder
                                                  KOBRE & KIM LLP
                                                  800 Third Avenue
                                                  New York, New York 10022
                                                  Tel: + 1 212 488 1200
                                                  Fax: + 212 488 1220
                                                  E-mail: eric.snyder@kobrekim.com

                                                  *Counsel for Defendant Roland Kaufmann*